NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT RESPONSE, LLC, FORMERLY KNOWN AS POLARIS IP, LLC,**
*Plaintiff-Appellee,*

v.

**YAHOO! INC.,**
*Defendant-Appellant.*

---

2012-1045, 2013-XXXX

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0371, Magistrate Judge Charles Everingham.

---

## ON MOTION

---

## ORDER

The parties jointly move to lift the stay of the briefing schedule and to consolidate this appeal with a related appeal which has been filed in the district court but not yet received or docketed by this court.

The undocketed appeal is an appeal from the district court's final judgment on the issue of inequitable conduct.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. When the appeal of the inequitable conduct order is docketed, it shall be consolidated with appeal no. 2012-1045.

(2) The motion to lift the stay of the briefing schedule is granted. The appellant's opening brief is due 60 days from the date of this court's docketing of the appeal concerning inequitable conduct.

FOR THE COURT

_____DEC 1 1 2012_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew D. Weiss, Esq.
    Jason C. White, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2012

JAN HORBALY
CLERK